Lee Ann KAY, parent of Mason Kay, a minor, Petitioners–Appellants,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 2008–5068.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2008.

Kevin P. Conway, Conway, Homer & Chin–Caplan, P.C., of Boston, MA, argued for petitioners-appellants. Of counsel was Ronald C. Homer.

Lynn E. Ricciardella, Trial Attorney, Torts Branch, Civil Division, United States Department of Justice, of Washington, DC argued for respondent-appellee. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Timothy P. Garren, Director, Vincent J. Matanoski, Acting Deputy Director, and Catharine E. Reeves, Assistant Director.

Before LOURIE, RADER, and PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.